John Lee BOYD, Jr., Plaintiff-
Appellant,

v.

UNITED STATES of America; Terry
O'Brien, Warden of USP-Hazelton;
Gilley, Captain of USP-Hazelton;
Poissonnier, Lieutenant of USP-Ha-
zelton; Helms, No. 1 Morning Watch
Correctional Officer; Osborne, No. 2
Morning Watch Correctional Officer;
Price, No. 1 Morning Watch Correc-
tional Officer; Allen, Captains Secre-
tary; Hoskin, No. 1 Morning Watch
Correctional Officer; Stauffer, Lieu-
tenant of USP-Hazelton, Defendants-
Appellees.

No. 16-7319

United States Court of Appeals,
Fourth Circuit.

Submitted: February 23, 2017

Decided: February 27, 2017

John Lee Boyd, Jr., Appellant Pro Se.
Betsy C. Jividen, Erin Carter Tison, Assis-
tant United States Attorneys, Wheeling,
West Virginia, for Appellees.

Before SHEDD and DIAZ, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John Lee Boyd, Jr., seeks to appeal the
district court's order adopting the magis-
trate judge's recommendation and denying
relief on his action filed pursuant to <u>Bivens
v. Six Unknown</u> <u>Named Agents of Fed.
Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct.
1999, 29 L.Ed.2d 619 (1971). We dismiss
the appeal for lack of jurisdiction because
the notice of appeal was not timely filed.

When the United States or its officer or
agency is a party, the notice of appeal
must be filed no more than 60 days after
the entry of the district court's final judg-
ment or order, Fed. R. App. P. 4(a)(1)(B),
unless the district court extends the appeal
period under Fed. R. App. P. 4(a)(5), or
reopens the appeal period under Fed. R.
App. P. 4(a)(6). "[T]he timely filing of a
notice of appeal in a civil case is a jurisdic-
tional requirement." <u>Bowles v. Russell</u>, 551
U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d
96 (2007).

The district court's order was entered
on the docket on July 26, 2016. The notice
of appeal was filed on September 29, 2016.
Because Boyd failed to file a timely notice
of appeal or to obtain an extension or
reopening of the appeal period, we deny
leave to proceed in forma pauperis, deny
Boyd's motion for preparation of a tran-
script at government expense, and dismiss
the appeal. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

DISMISSED